UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

EGO ORIGINALS, INC., an Oregon corporation,

    Plaintiff/Counterclaim Defendant,

v.

CHICO'S FAS, INC., a Florida corporation,

    Defendant/Counterclaim Plaintiff.

6:13-cv-986-TC

ORDER

COFFIN, Magistrate Judge:

    The parties stipulate to the dismissal of this action. Therefore, the motion to dismiss (#19) is granted and this action is dismissed with prejudice and without costs to either party.

DATED this 13 day of January, 2014.

THOMAS M. COFFIN
United States Magistrate Judge

Page 1 - ORDER