UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EGO ORIGINALS, INC., an Oregon corporation, | 6:13-cv-986-TC |
| Plaintiff/Counterclaim Defendant, | ORDER |
| v. | |
| CHICO'S FAS, INC., a Florida corporation, | |
| Defendant/Counterclaim Plaintiff. | |

COFFIN, Magistrate Judge:

The parties stipulate to the dismissal of this action. Therefore, the motion to dismiss (#19) is granted and this action is dismissed with prejudice and without costs to either party.

DATED this 13 day of January, 2014.

THOMAS M. COFFIN
United States Magistrate Judge

Page 1 - ORDER